VICTORIANO SOLER GONZÁLEZ, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE SAN GERMÁN, recurrido.

No. 926.—*Sometido:* Junio 15, 1934. *Resuelto:* Julio 3, 1934.

*L. López de Victoria,* abogado del recurrente; · el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Ante el Registrador de San Germán se presentó una escritura de hipoteca. Éste la inscribió con el defecto subsanable "de que el notario no da fe del conocimiento personal de los comparecientes de esta escritura sino que sólo hace constar de una manera indefinida que conoce a los otorgantes." En la primera parte de la escritura el notario dice "doy fe de conocer a los comparecientes y por sus dichos la doy de sus mayoridades, estados, profesiones, y vecindades." No dice que conoce a las partes personalmente, mas ésa es una inferencia lógica. Al final de la escritura el notario da fe de todo su contenido. Esto cumple suficientemente con la Ley Notarial. *Felici & Co.* v. *El Registrador,* 11 D.P.R. 594. En el recurso de *Jiménez* v. *Registrador,* 24 D.P.R. 717 citado por el registrador no existía certificado relativo a las circunstancias personales de los comparecientes.

*Debe revocarse la nota recurrida y efectuarse la inscripción sin el defecto subsanable.*